UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  HUNTER, REGINA                                Chapter 13
                                                       Case No. 08-19207-WCH

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

*William P. Hillman* (signature)
5/4/2010
_____
U.S. Bankruptcy Judge